

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Paula Kay McPherson, Appellant

No. 06-13-00081-CR          v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 26,423). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the requirement to pay $450.50 in attorney's fees and $42.00 for the Crime Stoppers reward.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Paula Kay McPherson, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk